# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. STEWART,<br><br>    Plaintiff,<br><br>    v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS et al.,<br><br>    Defendants. | 3:14-cv-519-MMD-WGC<br><br>**ORDER** |

## I. DISCUSSION

On February 5, 2015, this Court issued a screening order dismissing the complaint in its entirety, without prejudice, with leave to amend. (ECF No. 7 at 5). On February 20, 2015, Plaintiff filed an amended complaint. (ECF No. 9). Pursuant to the Nevada Department of Corrections inmate search database, it appears that Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

///

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of entry of this order.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, the Court shall dismiss this action without prejudice.

IT IS FURTHER ORDERED that if Plaintiff does timely comply with this order, the Court shall screen Plaintiff's amended complaint.

DATED: This __15th__ day of June, 2015.

_William G. Cobb_
United States Magistrate Judge

2