UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT E. STEWART,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:14-cv-00519-MMD-WGC<br><br>ORDER |

**I.　DISCUSSION**

On June 15, 2015, this Court issued an order directing Plaintiff to file an updated address pursuant to Nevada Local Special Rule 2-2 because Plaintiff was no longer incarcerated. (ECF Nos. 10, 11.) The Court gave Plaintiff thirty (30) days to comply with its order and cautioned that failure to comply would result in dismissal of the action. (*Id.*) After Plaintiff failed to comply with the order, the Court dismissed Plaintiff's case, without prejudice, on July 27, 2015. (ECF No. 13 at 3.) The Clerk of Court entered judgment the same day. (ECF No. 14.)

On January 28, 2016, Plaintiff filed a notice of change of address. (ECF No. 16.) On May 10, 2016, Plaintiff filed a motion to place this case back on the calendar. (ECF No. 17 at 1.) Plaintiff argued that he had not received his mail because he had been released from prison on July 26, 2015. (*Id.*)

Pursuant to Nevada Local Rule 2-2, it is Plaintiff's responsibility to keep the Court apprised of any change of address and Plaintiff's failure to do so may result in dismissal

of his case. Based on the docket, Plaintiff did not update the Court of his change of address until six months after he left prison. Thus, the Court denies the motion to place this case back on the calendar (ECF No. 17). Plaintiff may open a new case by submitting a new application to proceed *in forma pauperis* and a new complaint with the Clerk of Court. Plaintiff may not file any more documents in this closed case.

## II.     CONCLUSION

For the foregoing reasons, it is ordered that the motion to place on calendar (ECF No. 17) is denied.

DATED THIS 15th day of August 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE